IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANCELL HAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COURT OF COMMON PLEAS | : | |
| FOR THE 15th JUDICIAL DISTRICT, | : | |
| et al. | : | No. 11-1067 |

## **O R D E R**

AND NOW, this 29th day of April 2011, upon careful consideration of the petition for a writ of habeas corpus, the response, reply thereto and supplemental response (Doc. Nos. 1, 3, 5, 6), it is hereby **ORDERED** that for the reasons set forth above, the petition is **DISMISSED WITH PREJUDICE AND WITHOUT A HEARING.**

IT IS FURTHER ORDERED that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because Petitioner has failed to make a substantial showing of a denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

    /s Lowell A. Reed, Jr.
LOWELL A. REED, JR., Sr. J.